Jean M. THIES, Petitioner/Respondent,

v.

Gregory K. THIES,
Respondent/Appellant.

No. 58068.

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 1991.

Kevin R. Kelly, Florissant, for respondent/appellant.

Thomas J. Frawley, Lawrence G. Gillespie, Webster Groves, for petitioner/respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Donald DIXON, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 58557.

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 1991.

Robert L. Fleming, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant's, Donald Dixon, sole point on appeal is the trial court was clearly erroneous in denying his Rule 24.035 motion after an evidentiary hearing and finding of facts and conclusions of law. We have reviewed the record and find that an extended opinion would have no precedential value. The judgment of the motion court is affirmed pursuant to Rule 84.16(b).